UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

IVIS OMAR ESCOBAR ROMERO,

Petitioner,

v.

TIMOTHY S. ROBBINS, Field Office Director of Enforcement and Removal Operations, Los Angeles Field Office, Immigration and Customs Enforcement; MARKWAYNE MULLIN; U.S. DEPARTMENT OF HOMELAND SECURITY; TODD BLANCHE, U.S. Attorney General; EXECUTIVE OFFICE FOR IMMIGRATION REVIEW; DAVID MARIN, Field Office Director of Enforcement and Removal Operations, Los Angeles Field Office, Immigration and Customs Enforcement; WARDEN, Warden of Imperial Regional Detention Facility,

Respondents.

Case No.: 3:26-cv-04808-LEK-DEB

**ORDER DISMISSING PETITION FOR WRIT OF HABEAS CORPUS WITHOUT PREJUDICE**

Petitioner Ivis Omar Escobar Romero ("Petitioner") filed a Petition for Writ of Habeas Corpus ("Petition") on August 24, 2026. [Dkt. no. 1.] The respondents, identified in the Petition as Timothy S. Robbins, Field Office Director of Enforcement and Removal Operations, Los Angeles Field Office, Immigration and Customs Enforcement ("ICE"); Markwayne Mullin; U.S. Department of Homeland Security; Todd Blanche, U.S. Attorney General; Executive Office for Immigration Review; David Marin,

Field Office Director of Enforcement and Removal Operations, Los Angeles Field Office, ICE; and the Warden of the Imperial Regional Detention Facility (collectively "Respondents"), filed a response to the Petition ("Response") on August 28, 2026. [Dkt. no. 4.] Respondents argue that Petitioner's bond hearing, which was scheduled for August 31, 2026, rendered the Petition moot. [Response at 2.]

On September 10, 2026, this Court issued a minute order directing Petitioner to file a status report informing this Court whether the bond hearing was held ("9/10 Minute Order"). [Dkt. no. 6 at 2-3.] Petitioner failed to file a status report. On September 21, 2026, this Court issued an order to show cause why the Petition should not be dismissed, without prejudice, because of Petitioner's failure to comply with the 9/10 Minute Order ("OSC"). [Dkt. no. 7 at 2.] Petitioner was cautioned that the Petition would be dismissed without prejudice if he failed to file a timely response to the OSC. [Id.]

As of the date of the instant Order, Petitioner has neither filed a response to the OSC nor requested additional time to do so. The Petition is therefore DISMISSED WITHOUT PREJUDICE, based on Petitioner's failure to comply with the 9/10 Minute Order and the OSC, and his failure to prosecute this case. See Motaz v. Larose, Case No.: 23-CV-516 JLS (JLB), 2023 WL 8242461, at *3 (S.D. Cal. Nov. 28, 2023) ("Where a habeas petitioner fails to prosecute their case by either failing to respond to a court order or failing to comply with a court's local rules, a court may dismiss the petition." (citations omitted)).

The Clerk's Office is DIRECTED to close this case immediately.

IT IS SO ORDERED.

DATED AT HONOLULU, HAWAII, November 2, 2026.

/s/ Leslie E. Kobayashi

Leslie E. Kobayashi
Senior U.S. District Judge

**<u>IVIS OMAR ESCOBAR ROMERO VS. TIMOTHY S. ROBBINS ET AL.</u>; CASE NO. 3:26-CV-04808-LEK-DEB; ORDER DISMISSING PETITION FOR WRIT OF HABEAS CORPUS WITHOUT PREJUDICE**